**EXHIBIT A**



# EXHIBIT B

### NON-ANNEXATION AGREEMENT BETWEEN
### PETER RAMMEL AND THE SUGARCREEK TOWNSHIP BOARD OF TRUSTEES

Peter Rammel, herein referred to as "The Owner", agrees, for a period of ten (10) years from the date of the execution this agreement, not to seek and to oppose any annexation of any portion of the properties owned by The Owner comprising of approximately 107.383 acres and specifically known on the Greene County Auditor's website as parcels L32000100050002800, L32000100050014200 and L32000100050002700.

The Sugarcreek Township Board of Trustees agrees not impose TIF legislation on the same property for the same ten (10) year period of time.

Both parties shall be entitled to all remedies available at law or in equity, including without limitation, injunctive and equitable relief to enforce the provisions of this agreement.

This agreement is binding upon both parties, their successors and their assigns.

This agreement constitutes the entire agreement between the parties and there are no side agreements, oral or otherwise, between the parties pertaining to the subject matter of this agreement.

This agreement may not be amended or modified except by agreement of both parties and in writing.

The undersigned hereby affirm that they have full authority in their position to execute this agreement on behalf of their respective party.

Peter Rammel

Subscribed and sworn to before me this 11th day of July, 20 14.

Karen N. Shroyer, Notary Public

My Commission Expires June 29, 2018

For Sugarcreek Township Board of Trustees

Barry Tiffany, Township Administrator

Subscribed and sworn to before me this 11th day of July, 20 14.

Karen N. Shroyer, Notary Public

My Commission Expires June 29, 2018

**KAREN N. SHROYER,** Notary Public
In and for the State of Ohio
My Commission Expires June 29, 2018