UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

OBERER LAND DEVELOPERS
LTD, *et al.*,

    Plaintiff,                                   Case No. 3:19-cv-82

vs.

SUGARCREEK TOWNSHIP,
OHIO, *et al.*,                                  District Judge Michael J. Newman

---

### ORDER: VACATING THE EXISTING CALENDAR

---

This civil case came before the Court for a status conference on April 28, 2021 at 10:30 a.m. Michael McNamee, Dawn Frick, and Christopher Herman participated. Based on the discussion during the status conference, both sides agree that the proper course here is to vacate the current calendar. The Court will schedule a new calendar, if appropriate, once the summary judgment motions are ruled on.

**IT IS SO ORDERED.**

Date:  April 28, 2021                                               s/Michael J. Newman
                                                                        Hon. Michael J. Newman
                                                                        United States District Judge