# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Oberer Land Developers Ltd et al <br> *Plaintiff* <br> v. <br> Sugarcreek Township, Ohio et al <br> *Defendant* | Civil Action No. 3:19-cv-00082 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other:  The Court GRANTS Defendants' motion for summary judgment; DENIES Plaintiff's motion for summary judgment; DISMISSES WITH PREJUDICE Count III, V and those related portions of Count VII; DISMISSES WITHOUT PREJUDICE the state-law component of Plaintiffs' Count VII; TERMINATES case on docket.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  Michael J. Newman  on a motion for Summary Judgment

Date:  9/1/2021

CLERK OF COURT

*Sophia R. Bryan*
Signature of Clerk or Deputy Clerk